**Order entered December 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00704-CV

## LORY K. WILSON, GREGORY S. VENABLE, AND JAMES B. JOHNSON, Appellants

## V.

## CAPITAL PARTNERS FINANCIAL GROUP USA, INC. AND BTH BANK, NATIONAL ASSOCIATION, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09275**

### ORDER

Before the Court is appellees' unopposed second joint motion for an extension of time to file their respective briefs on the merits. We **GRANT** the motion and extend the time to **January 4, 2021**. We caution appellees that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE